# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA PERLA, individually, | )<br>) |
| Plaintiff, | ) Case No. 2:10-cv-02108-GMN-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| M704 Kroger West dba FOOD 4 LESS, *et. al.*, | )<br>) |
| Defendants. | ) |

This matter is before the Court on the Notice of Settlement (#15) filed June 1, 2011, wherein the parties advised the court that this matter had been settled. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **July 18, 2011** advising the Court of the status of the settlement.

DATED this 7th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge